ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - X
                                          :
UNITED STATES OF AMERICA                  :
                                          :
            -v-                           :        **ORDER**
                                          :        S1 07 Cr. 308
MANUEL SORIANO-MARTINEZ,                   :
      a/k/a "El Cunado,"                   :        *Buchwald, J.*
                                          :
            Defendant.                     :
                                          :
- - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Avi

Weitzman;

        IT IS HEREBY ORDERED that the Superseding Indictment in

the above-captioned action be unsealed since the defendant in the

action has been arrested and is being presented and arraigned

under the above-listed Indictment.


Dated: New York, New York
       April 19, 2007

                                    _____
                                    UNITED STATE MAGISTRATE JUDGE


                                         **FRANK MAAS**
                                    United States Magistrate Judge
                                    Southern District of New York