UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
: 
UNITED STATES OF AMERICA                    : 
: 
          -v.-                              : 
                                            :           S1 07 Cr. 308 (NRB)
MANUEL SORIANO;                             :           S4 07 Cr. 308 (NRB)
CHRISTIAN ROSARIO;                          : 
: 
: 
: 
          Defendants.                       : 
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
ARIANNA R. BERG ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned Assistant United

States Attorney will be representing the Government in the above-referenced matter.

Dated:  New York, New York
        May 4, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:     s/Arianna Berg_____
        Arianna R. Berg
        Assistant United States Attorney
        United States Attorney's Office,
        Southern District of New York
        One St. Andrew's Plaza
        New York, New York 10007
        (212) 637-2551 (phone)
        (212) 637-2387 (fax)

1

<u>CERTIFICATE OF SERVICE</u>

Arianna R. Berg deposes and says:

That she is employed in the Office of the United States Attorney for the Southern

District of New York; and

That on May 4, 2007, she caused to be served a copy of the foregoing NOTICE

OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG

ON BEHALF OF  THE UNITED STATES by ECF notification:

David J. Goldstein, Esq./Barry A. Weinstein, Esq.
888 Grand Concourse
Bronx, New York 10451

Richard Boulware, Esq.
52 Duane Street, 10th Floor
New York, New York 10007

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C.

Section 1746.

s/Arianna Berg
Arianna R. Berg

Executed on:  May 4, 2007
New York, New York