AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES

v.

MANUEL SORIANO-MARTINEZ

Case Number: 07 CR. 308

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANUEL SORIANO-MARTINEZ

I certify that I am admitted to practice in this court.

May 18, 2007
Date

*[Signature: Allan P. Haber]*
Signature

ALLAN P. HABER
Print Name                                          Bar Number

52 DUANE STREET, 7 FLOOR
Address

NEW YORK, NEW YORK                    10007
City                State              Zip Code

(212) 233-4411                          (212) 233-4414
Phone Number                            Fax Number