



**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 7, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

**By Fax**



Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2270
New York, New York 10007

   Re: <u>United States v. Manuel Soriano-Martinez et al.</u>,
     S7 07 Cr. 308 (NRB)

Dear Judge Buchwald:

  An arraignment and pre-trial conference were scheduled in the above-referenced case for September 5, 2007. After speaking with Your Honor's law clerk on September 4, 2007, the arraignment of all nine defendants on the S7 07 Cr. 308 (NRB) Indictment was referred to Magistrate Court, and the pre-trial conference before Your Honor was adjourned to September 21, 2007, at 2:30 p.m. The arraignment in Magistrate Court is scheduled for September 10, 2007, at 10:30 a.m.

  The Government respectfully requests that time be excluded from today until September 21, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the Government to gather and produce discovery and because the ends of justice outweigh the defendant's and the public's interest in a speedy trial. I have spoken to defense counsel for all nine

*So Ordered.
Naomi Reice Buchwald
9/7/07*

Hon. Naomi Reice Buchwald
September 7, 2007
Page 2 of 2

defendants, and each has indicated that there is no objection to this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                         By: _____
                              Brendan R. McGuire/Arianna Berg
                              Assistant United States Attorneys
                              Telephone:  (212) 637-2220/2551

cc: Allan Haber, Esq.
    Lee Ginsberg, Esq.
    Sammy Sanchez, Esq.
    David Goldstein, Esq.
    Merrill Ruben, Esq.
    Mark Stein, Esq.
    Roger Schwarz, Esq.
    Roy Kulcsar, Esq.
    Joe Grob, Esq.