```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    GOVERNMENT'S
                                 :    FORFEITURE BILL
          -v-                         OF PARTICULARS
                                 :
MANUEL SORIANO MARTINEZ,              S7 07 Cr. 308 (NRB)
    a/k/a "El Cunado,"           :
FREDDY BREA,
JOSE POLO,                       :
CHRISTIAN ROSARIO,
    a/k/a "Don Tito,"            :
DARIO SILFA-MARTINEZ,
MIGUEL SILFA-MARTINEZ,           :
    a/k/a "Papi,"
FLORIBIO LARCIER,                :
    a/k/a "Victor,"
    a/k/a "Flobio,"              :
    a/k/a "29,"
VICENTE DELGADO,                 :
    a/k/a "Pujols,"
    a/k/a "Charlie,"             :
    a/k/a "Maestro," and
JOHN PEREZ,                      :

          Defendants.            :
- - - - - - - - - - - - - - - - x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment, as alleged in the Forfeiture Allegation and Substitute Asset Provision, also includes but is not limited to the following:

1

          $8,902.01 in United States currency seized on or about April 19, 2007 from 367 East 163rd Street, Apt. 5, Bronx, New York.

Dated:    New York, New York
            September 17, 2007

                                    Respectfully Submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

                           By: _____/s/_____
                                    ARIANNA BERG
                                    Assistant United States Attorney
                                    Telephone: (212)637-2551