**CERTIFICATE OF SERVICE**

      ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

      That on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of <u>United States</u> v. <u>Rosario</u>, S7 07 Cr. 308 (NRB), to be delivered by ECF and mail to:

      Allan Paul Haber
      Law Office of Allan P. Haber
      52 Duane Street
      New York, New York 10007

      Winston Lee, Esq.
      20 Vesey Street, Suite 400
      New York, New York 10007

      Barry A. Weinstein, Esq.
      Goldstein & Weinstein
      888 Grand Concourse
      Bronx, New York 10451

      Merrill Neil Rubin
      Merrill Rubin LLC
      551 Fifth Avenue, Suite 514
      New York, New York 10176

      Sammy Sanchez, Esq.
      30 Vesey St., Room 100
      New York, New York 10007

      Mark J. Stein, Esq.
      Simpson, Thacher & Bartlett, LLP
      425 Lexington Avenue
      New York, New York 10017

      Roger J. Schwarz
      Roger J. Schwarz, Esq.,
      555 Fifth Avenue, 14th Floor
      New York, New York 10017

    Ellyn I. Bank
    30 Vesey Street, Suite 100
    New York, New York 10007

    Roy Raymond Kulcsar, Esq.
    27 Union Square West
    New York, New York 10003

    Joseph Aaron Grob, Esq.
    382 Clinton Avenue
    Cedarhurst, New York 11516

And that on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of United States v. Rosario, S7 07 Cr. 308 (NRB), to be delivered by mail to:

    Crisnel Y. Lopez
    367 East 163rd Street, Apt. 5B
    Bronx, New York 10451

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          September 17, 2007

                                */s/ Anna E. Arreola*
                                ANNA E. ARREOLA
                                ASSISTANT UNITED STATES ATTORNEY
                                (212) 637-2218