UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

DOCKET #  07 Cr. 308(NRB)

-v-

Manuel Soriano-Martinez, et al.,

        Defendant.

------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admissions Clerk and All Other Parties

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Allan P. Haber.

    I am admitted to practice law in the United States District Court for the Southern District of New York. My bar number is ah5790 .

    As of November 1, 2007, my new address will be: 111 Broadway, Suite 701, New York, New York   10006.

    My new fax number will be: 212-374-1506

    My telephone (212-233-4411) and e-mail (allanhaber@aol.com) will remain the same.

Dated: November 2, 2007

_____
Allan P. Haber