```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

            v.
Manuel Soriano,                    NOTICE OF APPEARANCE
                                   07 cr 308(KMW)
        Defendant.
-------------------------------x
```

SIRS/MADAMES:

PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted to practice law in the State of New York on February 9, 1973, and admitted to practice before the United States District Court for the Southern District of New York on August 6, 1974, and at all times remaining in good standing, hereby appears as attorney of record for defendant in the within action, and requests that all related case materials be sent to counsel's office.

DATED: August 26, 2008.

                                      Submitted by,

                                           /s

                                      --------------------------
                                      B. ALAN SEIDLER
                                      Attorney for Defendant
                                      580 Broadway
                                      New York, NY 10012
                                      212-334-3131